```
                                                    FILED
                                            September 20, 2011
                                            CLERK, U.S. BANKRUPTCY COURT
                                            EASTERN DISTRICT OF CALIFORNIA
                                            0003779827
```

3

Albert J. Berryman    #050119
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Olam Tomato Processors, Inc., Defendant

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

SK FOODS, L.P., a California limited partnership,

    Debtor.

SSC FARMS I, LLC and SSC FARMS II, LLC, California limited liability companies,

    Plaintiffs,

v.

OLAM TOMATO PROCESSORS, INC., a Delaware corporation and DOES 1-10,

    Respondents.

CASE No. 09-29162-D-11
Chapter 11

ADV. PROC. No. 11-02639-D

**PROOF OF SERVICE**

Status Conference: 11/17/11
Time of Conference: 10:00 a.m.
Location: Dept. D, Courtroom 34
501 I Street, 6th Floor
Sacramento, CA.

    I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 5260 North Palm Avenue, Suite 421, Fresno, California 93704

    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service; the correspondence referred to

1 | below would be deposited with the United States Postal Service on the date of execution hereof in
2 | the ordinary course of business.
3 | On September 20, 2011, at my place of business I served copies of the following
4 | documents:

1. **COUNTERCLAIM OF OLAM TOMATO PROCESSORS, INC., AGAINST SSC FARMS I, LLC AND SSC FARMS II, LLC FOR: (1) INTENTIONAL INTERFERENCE WITH CONTRACT; (2) TRESPASS; DECLARATORY RELIEF; and TEMPORARY RESTRAINING ORDER, AND PRELIMINARY AND PERMANENT INJUNCTIONS;**

on the parties to be noticed in said action by placing true and correct copies thereof enclosed in sealed envelopes with postage thereon fully prepaid for collection and mailing following ordinary business practices and addressed for deposit in the United States Postal Service, to the parties at the addresses set forth below:

| | |
|---|---|
| MARK PETERSEN, ESQ.<br>KELLY A. WOODRUFF, ESQ.<br>FARELLA BRAUN & MARTEL LLP<br>235 MONTGOMERY ST., 17TH FLOOR<br>SAN FRANCISCO, CA. 94104<br>(Counsel for SSC Farms I, LLC and SSC Farms II, LLC, Plaintiffs)<br>Email: mpetersen@fbm.com;<br>   kwoodruff@fbm.com | OFFICE OF THE U S TRUSTEE<br>501 I STREET STE 7-500<br>SACRAMENTO, CA 95814<br><br>Courtesy Copy to:<br>GREG NUTI<br>SCHNADER HARRISON ET AL<br>ONE MONTGOMERY ST STE 2200<br>SAN FRANCISCO, CA. 94104-5501<br>(Counsel for Bradley Sharp Trustee)<br>Email: gnuti@schnader.com |

Also on September 20, 2011 at my place of business I served copies of the above mentioned documents by electronic mail on Mark Petersen and Kelley A. Woodruff of Farella Braun & Martel, LLP, counsel for Plaintiffs and Greg Nuti, counsel for Bradley Sharp, Chapter 11 Trustee at the email addresses shown above.

I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

I declare under penalty of perjury under the laws of the United Staes of America, that the foregoing is true and correct.

///

Executed on September 20, 2011, at Fresno, California.

*Anita Haskell*
Anita Haskell